## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

4190 CAMINO COYOTE LLC, 2696 CLAUDE
DOVE-GALENA, LLC, 2969 CLAUDE DOVE-
TEKE, LLC, and H.W. HANDY AND ASSOCIATES,
INC., a New Mexico Corporation,

    Plaintiffs/Counter-Defendants,

v.                                                                         No. 2:24-cv-00755-GJF/GBW

LITTLE PLAYMATES REALTY LLC, a New
Mexico Limited Liability Company, and LITTLE
PLAYMATES HOLDCO LLC, a New Mexico
Limited Liability Company,

    Defendants/Counter-Claimants.

**STIPULATED ORDER GRANTING JOINT MOTION TO
DISMISS WITH PREJUDICE ALL CLAIMS BY AND AGAINST
INDIVIDUAL PLAINTIFFS AND TO AMEND CASE CAPTION**

THIS MATTER having come before the Court on the Joint Motion to Dismiss with Prejudice All Claims By and Against Individual Plaintiffs and to Amend Case Caption ("Joint Motion"), the parties having appeared by and through their respective counsel of record, the Court having read the Joint Motion, reviewed the Court file, and otherwise being fully advised in the premises,

    FINDS:

The Joint Motion is well-taken and should be granted.

    IT IS THEREFORE ORDERED that all claims that were or could have been asserted in this action, by, between, amongst, and/or against Grey Handy, individually and as the trustee of the Grey Handy GST Trust, Dianne Deloyo, Ryan Maye Handy, and Brett Elise Handy

(collectively, "Individual Plaintiffs") are dismissed with prejudice with the Parties to bear their own costs and fees. This dismissal does not affect the claims made by and against the parties to the litigation remaining after these dismissals are effectuated.

IT IS FURTHER ORDERED that the caption in this case shall be amended, as reflected in this order, to show the dismissal of the Individual Plaintiff as parties to this case.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
*Presiding by Consent*

JOINTLY SUBMITTED BY:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By Electronic Approval 11/26/25 __
    Eric R. Burris
    Debashree Nandy
    Adam E. Lyons
    201 Third Street NW, Suite 1800
    Albuquerque, New Mexico 87102
    Telephone: (505) 244-0770
    Facsimile: (505) 244-9266
    eburris@bhfs.com; rnandy@bhfs.com;

*Attorneys for Plaintiffs/Counter-Defendants*

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By /s/ Margaret M. Hickey
    Alex C. Walker
    Margaret M. Hickey
    P.O. Box 2168
    Albuquerque, NM 87103-2168
    Telephone: (505) 848-1800
    Email: awalker@modrall.com;
    mhickey@modrall.com

GARFUNKEL WILD, P.C.
J. David Morrissy
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 844-3255
Email: dmorrissy@garfunkelwild.com

*Attorneys for Defendants/Counter-Claimants*